Janice E. Smith, Esq. (SBN 3816)
**PRICE LAW GROUP, APC**
420 S. Jones Blvd.
Las Vegas, NV 89107
Phone: 702-794-2008
Fax: 702-794-2009
Email: jan@pricelawgroup.com

Attorneys for Plaintiff
LINDSAY TORRES

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| LINDSAY TORRES<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:12-cv-01662-RCJ-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff LINDSAY TORRES by counsel, and Defendant, DIVERSIFIED COLLECTION SERVICES, INC., by counsel, hereby stipulate and agree that all of Plaintiff's claims against DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

RESPECTFULLY SUBMITTED,

Date: June 3, 2013

By: /s/ Janice E. Smith
Janice E. Smith, Esq.
(SBN 3816)
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas, NV 89107
Phone: 702-794-2008
Fax: 702-794-2009
Email: jan@pricelawgroup.com
*Counsel for plaintiff, Lindsay Torres*

Date: June 3, 2013

By: /s/Gregory A. Kraemer
JERRY S. BUSBY
Nevada Bar No. 001107
GREGORY A. KRAEMER
Nevada Bar No. 010911
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue - Suite A
Las Vegas, Nevada 89107
(702) 366-1125 Telephone
FAX: (702) 366-1857 Facsimile
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
*Counsel for defendant, Diversified Collection Services, Inc.*

IT IS SO ORDERED.

June 4, 2013
_____
DATE

_____
Hon. Robert C. Jones
UNITED STATES DISTRICT JUDGE