FILED _____   RECEIVED _____
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 05 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  Janice E. Smith, Esq. (SBN 3816)
2  **PRICE LAW GROUP, APC**
3  420 S. Jones Blvd.
   Las Vegas, NV 89107
4  Phone: 702-794-2008
   Fax: 702-794-2009
5  Email: jan@pricelawgroup.com

6
7  Attorneys for Plaintiff
   LINDSAY TORRES

8
9              **UNITED STATES DISTRICT COURT**
10        **DISTRICT OF NEVADA – LAS VEGAS DIVISION**

11  LINDSAY TORRES
12              Plaintiff,                    **Case No.: 2:12-cv-01662-RCJ-PAL**
13      vs.                                  **STIPULATION AND ORDER OF**
                                             **DISMISSAL WITH PREJUDICE**
14                                           **BETWEEN PLAINTIFF AND**
    DIVERSIFIED COLLECTION              **DEFENDANTS**
15  SERVICES, INC.; and DOES 1 to 10,
16  inclusive,
17              Defendants.

18       Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff LINDSAY TORRES
19  by counsel, and Defendant, DIVERSIFIED COLLECTION SERVICES, INC., by
20  counsel, hereby stipulate and agree that all of Plaintiff's claims against
21  DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,
22  should be dismissed, with prejudice, with each party to bear its own costs and
23  attorneys' fees.
24  ///
25  ///
26  ///
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RESPECTFULLY SUBMITTED,


Date: June 3, 2013          By: /s/ Janice E. Smith
Janice E. Smith, Esq.
(SBN 3816)
PRICE LAW GROUP, APC
420 S. Jones Blvd.
Las Vegas, NV 89107
Phone: 702-794-2008
Fax: 702-794-2009
Email: jan@pricelawgroup.com
*Counsel for plaintiff, Lindsay Torres*


Date: June 3, 2013          By: /s/Gregory A. Kraemer
JERRY S. BUSBY
Nevada Bar No. 001107
GREGORY A. KRAEMER
Nevada Bar No. 010911
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue - Suite A
Las Vegas, Nevada 89107
(702) 366-1125 Telephone
FAX: (702) 366-1857 Facsimile
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
*Counsel for defendant, Diversified
Collection Services, Inc.*


IT IS SO ORDERED.

June 4, 2013
_____
DATE

_____
Hon. Robert C. Jones
UNITED STATES DISTRICT JUDGE